UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSEPH ALLEN TIDWELL,<br><br>    Petitioner,<br><br>  v.<br><br>BRENDA CASH, Warden,<br><br>    Respondent. | No. EDCV 10-1883-AG (RCF)<br><br>JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED:  April 30, 2012

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE